No. 150. HALUSKA *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 8th Cir. Motion to dispense with printing the petition granted. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for respondent.

No. 163. LYNCH *v.* INDUSTRIAL INDEMNITY CO. ET AL. C. A. 9th Cir. Motion to dispense with printing the petition granted. Certiorari denied.

No. 202. FRANKLIN ET UX. *v.* UNITED STATES ET AL. C. A. 7th Cir. Motion to dispense with printing the petition granted. Certiorari denied. *Harry L. Arkin* for petitioners. *Solicitor General Cox* for the United States et al., and *Newell S. Boardman* and *Jay M. Smyser* for Chicago Helicopter Airways, Inc., et al., respondents.

No. 232. MARTH ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Motion to dispense with printing the petition granted. Certiorari denied. Petitioners *pro se.* *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Harold C. Wilkenfeld* for respondent.

No. 273. CUBAN TRUCK & EQUIPMENT CO. *v.* UNITED STATES. Ct. Cl. Motion to dispense with printing the petition granted. Certiorari denied. *Charles Bragman* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 401. TOMIYASU ET AL. *v.* GOLDEN ET UX. Sup. Ct. Nev. Motion to dispense with printing the petition granted. Certiorari denied. *Harry E. Claiborne* for petitioners. *Howard W. Babcock* for respondents.